People of the State of Illinois, defendant in error, v. Martin Even, plaintiff in error. Gen. No. 39,590.

Opinion filed March 16, 1938. Rehearing denied April 1, 1938.

Herbert M. Wetzel, for plaintiff in error; William J. Earley, of counsel. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Blair L. Varnes, Assistant State's Attorneys, of counsel.

Mr. Justice Hall delivered the opinion of the court.